**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 11-191** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ANDREW CHRONISTER** | **:** | |

## <u>ORDER</u>

**NOW**, this 16th day of March, 2023, upon consideration of Defendant Andrew Chronister's Counselled Motion for Reduction of Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) (Doc. No. 71), the government's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.